UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )      Case No. CR06-260-JCC
     v.                        )
                               )
                               )      DETENTION ORDER
MARLON A. HOWELL,              )
                               )
          Defendant.           )
_____)

Offenses Charged:

     Felon in Possession: Armed Career Criminal in violation of 18 U..C. §§ 922(g)(1) and 924(e).

Date of Detention Hearing:  August 10, 2006.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.

     (2)    Defendant has a substantial arrest record and a history of failures to appear.

     (3)    Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

01        (4)     There appear to be no conditions or combination of conditions other than

02 detention that will reasonably assure the defendant's appearance at future Court hearings or the

03 safety of the community.

04        IT IS THEREFORE ORDERED:

05        (1)     Defendant shall be detained pending trial and committed to the custody of the

06                  Attorney General for confinement in a correction facility separate, to the extent

07                  practicable, from persons awaiting or serving sentences or being held in custody

08                  pending appeal;

09        (2)     Defendant shall be afforded reasonable opportunity for private consultation with

10                  counsel;

11        (3)     On order of a court of the United States or on request of an attorney for the

12                  government, the person in charge of the corrections facility in which defendant

13                  is confined shall deliver the defendant to a United States Marshal for the purpose

14                  of an appearance in connection with a court proceeding; and

15        (4)     The Clerk shall direct copies of this Order to counsel for the United States, to

16                  counsel for the defendant, to the United States Marshal, and to the United States

17                  Pretrial Services Officer.

18

19        DATED this 10th day of August, 2006.

20

21                                           JAMES P. DONOHUE

21                                          United States Magistrate Judge

22

23

24

25

26

DETENTION ORDER                          15.13
18 U.S.C. § 3142(i)                       Rev. 1/91
PAGE 2